

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Joshua Montrel Lewis, | § | No. 08-17-00079-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 2 |
| The State of Texas, | § | of Tarrant County, Texas |
| State. | § | (TC# 1437673D) |
| | § | |

## O R D E R

Pending before the Court is Appellant's motion to access the sealed clerk's record containing the pre-sentence investigation report which order to be sealed by the trial court. The motion is GRANTED. It is ORDERED that Appellant shall be provided access to the sealed clerk's record containing the pre-sentence investigation report.

IT IS SO ORDERED this 25th day of July, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.